COPY

1  DOUGLAS A. LINDE, ESQ. (SBN 217584)
   ERICA ALLEN, ESQ. (SBN 234922)
2  THE LINDE LAW FIRM
   9000 Sunset Boulevard, Ste. 1025
3  Los Angeles, California 90069
   (310) 203-9333; (310) 203-9233 FAX
4
5  Attorneys for Plaintiff, ITC TEXTILE, LTD.

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                      CV11  01967 RSWL PLAx

11 ITC TEXTILE, LTD.              )  Case No.
                                  )
12              Plaintiffs,       )  COMPLAINT FOR DAMAGES
13          v.                    )
                                  )  1.  COPYRIGHT
14 WAL-MART STORES, INC.; JERRY)      INFRINGEMENT
15 LEIGH OF CALIFORNIA, INC.; and )
16 DOES 1 though 10, inclusive,   )  2.  BREACH OF CONTRACT
                                  )
17              Defendants.       )  DEMAND FOR JURY TRIAL
18                                )
19                                )

20 COMES NOW, PLAINTIFF ITC TEXTILE, LTD. ("Plaintiff" or "ITC") and

21 complains of and alleges the following:

22

23                     **JURISDICTION AND VENUE**

24      1.    This is an action for copyright infringement under the Copyright Act of

25 1976, Title 17 U.S.C. § 101 et seq., seeking damages, attorneys' fees, injunctive relief,

26 an accounting, and other relief based upon claims related to the misappropriation of

27 Plaintiff's intellectual property, as well as pendant state law claim for breach of

28 contract.

2.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3.      The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

### The Plaintiff

5.      Plaintiff, ITC TEXTILE, LTD. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in California at 4577 Maywood Avenue, Vernon, California 90058.  It is citizen of the State of California and Delaware.

### The Defendants

6.      Plaintiff is informed and believes and thereon alleges that Defendant WAL-MART STORES, INC. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Arkansas at 702 S.W.8th Street, Bentonville, AR 72716.  Plaintiff is informed and believes and thereon alleges that Defendant WAL-MART STORES, INC. is in the business of selling products, including garments, through retail stores.

7.      Plaintiff is informed and believes and thereon alleges that JERRY LEIGH OF CALIFORNIA, INC., is a corporation organized and existing under the laws of the State of California with its principal place of business at 7860 Nelson Road, Panorama City, CA 91402-6044.  Plaintiff is informed and believes and thereon alleges that JERRY LEIGH OF CALIFORNIA, INC. is in the business of designing, manufacturing, assembling and/or distributing garments.

8.     Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, created, assembled, distributed, manufactured and/or sold garments comprised of fabric printed with Plaintiff's copyrighted Subject Design (as hereinafter defined) or that have otherwise contributed to the infringement of Plaintiff's copyrighted Subject Design.  The true names and capacities, whether corporate, individual or otherwise, of the Defendant DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names, and will ask leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

9.     Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, each of the Defendants, including without limitation the DOE Defendants, was the agent, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employment relationship and actively participated in, or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 ET SEQ.

(Against All Defendants and Each of Them)

10.     Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

11.     Plaintiff developed original artwork which were assigned internal design numbers 2234-1 Dream, 2310-1 Buddy RV, 2433-1 Peaceful Reminder, 2444-2

Shooting Stars BW Zebra and 3597-1 Ultimate Fun ("Subject Designs").  The Subject Designs contain materials wholly original with Plaintiff and are copyrightable subject matter under the laws of the United States.

12.    Plaintiff disclosed the Subject Designs to JERRY LEIGH OF CALIFORNIA, INC.

13.    Defendants wrongfully created copies of the Subject Designs without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by distributing said copies (and accompanying written materials) with a false and misleading designation of creation, ownership and origin, and falsely representing that the Subject Designs were their own.

14.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, further infringed Plaintiff's copyrights by making derivative works from Plaintiff's copyrighted Subject Design, and/or by producing and distributing garments incorporating those derivative works without Plaintiff's permission.  Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the Subject Design that belong solely to Plaintiff.

15.    JERRY LEIGH OF CALIFORNIA, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 1.

16.     WAL-MART STORES, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 1.

17.    Plaintiff is informed and believes that JERRY LEIGH OF CALIFORNIA, INC. sold garments of the type attached hereto as Exhibit 1, to retailers other than WAL-MART INCORPORATED.

18.    Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, garments bearing pattern featured on Exhibit 1, under different style numbers.

19.     JERRY LEIGH OF CALIFORNIA, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 2.

20.      WAL-MART STORES, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 2.

21.     Plaintiff is informed and believes that JERRY LEIGH OF CALIFORNIA, INC sold garments of the type attached hereto as Exhibit 2, to retailers other than WAL-MART INCORPORATED.

22.     Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, garments bearing pattern featured on Exhibit 2, under different style numbers.

23.     JERRY LEIGH OF CALIFORNIA, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 3.

24.      WAL-MART STORES, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 3.

25.     Plaintiff is informed and believes that JERRY LEIGH OF CALIFORNIA, INC sold garments of the type attached hereto as Exhibit 3, to retailers other than WAL-MART INCORPORATED.

26.     Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, garments bearing pattern featured on Exhibit 3, under different style numbers.

27.     JERRY LEIGH OF CALIFORNIA, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 4.

28.      WAL-MART STORES, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 4.

29.     Plaintiff is informed and believes that JERRY LEIGH OF CALIFORNIA, INC sold garments of the type attached hereto as Exhibit 4, to retailers other than WAL-MART INCORPORATED.

30.     Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, garments bearing pattern featured on Exhibit 4, under different style numbers.

31.     JERRY LEIGH OF CALIFORNIA, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 5.

32.      WAL-MART STORES, INC. offered for sale, and in fact sold, the garment attached hereto as Exhibit 5.

33.     Plaintiff is informed and believes that JERRY LEIGH OF CALIFORNIA, INC sold garments of the type attached hereto as Exhibit 5, to retailers other than WAL-MART INCORPORATED.

34.     Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, garments bearing pattern featured on Exhibit 5, under different style numbers.

35.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also liable for contributory copyright infringement because each Defendant knew or should have known of the direct infringement, had the right and ability to supervise the infringing conduct, and had an obvious and direct financial interest in the infringing conduct.

36.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also vicariously liable for the subject infringements because each Defendant enjoys a direct financial benefit from another's infringing activity and has the right and ability to supervise the infringing activity.

37.     Defendants' acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large, as alleged above, have caused Plaintiff to suffer, and to continue to suffer, substantial damage to

its business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

38.   Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large alleged above, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted Subject Design.  Plaintiff is entitled to disgorgement of each Defendant's profits directly and indirectly attributable to said Defendant's infringement of the Subject Design.

## SECOND CLAIM FOR RELIEF
## BREACH OF CONTRACT

(Against All Defendants and Each of Them)

39.  Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

40.  Plaintiff prepared the ideas and concepts for the Subject Designs and disclosed them to Defendants Jerry Leigh of California, Inc., DOES 1-10, and each of them, in confidence, with the understanding and expectation, fully and clearly understood by Defendants Jerry Leigh of California, Inc., DOES 1-10, and each of them, that Defendant WAL-MART STORES, INC. would benefit from this contract, and/or that Plaintiff would be reasonably compensated for their use by Defendants Jerry Leigh of California, Inc., DOES 1-10, and each of them. This disclosure was made under circumstances from which it could be concluded that Defendants Jerry Leigh of California, Inc., DOES 1-10, and each of them, voluntarily accepted the disclosure of Plaintiff's ideas and concepts knowing the conditions under which it was tendered and the reasonable value of Plaintiff's work.

41.  By accepting the Plaintiff's disclosure of these ideas and concepts, Defendants Jerry Leigh of California, Inc., DOES 1-10, and each of them, agreed that

they would not disclose, divulge or exploit the Plaintiff's ideas and concepts without reasonable compensation and without obtaining the Plaintiff's consent.

42.   By utilizing Plaintiff's ideas and concepts, without Plaintiff's consent Defendants and each of them, breached their implied agreement not to utilize the Plaintiff's ideas and concepts without the express consent of the Plaintiff.

43.   Plaintiff performed all terms, covenants and conditions on its part to be performed under the oral contract except those which it was prevented or excused as a result of Defendants' breaches.

44.   Defendants and each of them, materially breached the oral contract by failing to pay Plaintiff the full amount owed for all services rendered, and by utilizing without authorization the ideas and concepts created by Plaintiff.

45.   In addition the conduct of Defendants and each of them breached the implied covenant of good faith and fair dealing found in every contract by unfairly frustrating the reasonable expectations of Plaintiff to receive the benefits of the oral contract.

46.   As a direct and foreseeable result of the alleged conduct, Plaintiff has suffered damages for breach of the oral contract in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1.   That Defendants, and each of them, and their respective agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

2.   That Plaintiff be awarded all Defendants profits plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages, as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

3.   For actual damages for breach of contract, unjust enrichment or reasonable value of services rendered according to proof;

4. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

5. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

6. For pre-judgment interest as allowed by law;

7. For the costs of this action; and

8. For such further legal and equitable relief as the Court deems proper.

Dated: March 7, 2011                    THE LINDE LAW FIRM

                                        By: _____
                                        Douglas A. Linde
                                        Erica L. Allen
                                        Attorneys for Plaintiff ITC TEXTILE, LTD.


### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

Dated: March 7, 2011                    THE LINDE LAW FIRM

                                        By: _____
                                        Douglas A. Linde
                                        Erica L. Allen
                                        Attorneys for Plaintiff ITC TEXTILE, LTD.

# EXHIBIT 1







**JERRY LEIGH**
Van Nuys, CA

GIRLS
XL (14/16)
100% POLYESTER
MADE IN CHINA
SEE REVERSE FOR CARE
STYLE SJ2105
JGG IS0240 0810
RN# 55219
JERRY LEIGH

XG (14/16)
100% POLIESTER
HECHO EN CHINA
VER REVERSO PARA EL CUIDADO
UPC# 73240954552

# EXHIBIT 2







# EXHIBIT 3







# EXHIBIT 4





Wasabi & GINGER

STYLE ST9032
JLG-S64365-0810
RN 55219
JERRY LEIGH

XC (4/5)
100% POLIESTER
HECHO EN GUATEMALA
VER REVERSO PARA EL CUIDADO
ESTILO ST9032
JLG-S64365-0810
UPC: 732409 55526

⚠ WARNING :
CHOKING HAZARD - Small Parts
Not For Children Under 3 Years

Walmart ⚡sm

SIZE

XS(4/5)

3300469          ST9032
04-10            ZEBRA PRINT
          POS

7 32409 55526 2

$9.00
Save money. Live better.

**JERRY LEIGH**
Van Nuys, CA

**GIRLS**
XS (4/5)
100% POLYESTER
MADE IN GUATEMALA
SEE REVERSE FOR CARE
STYLE ST9032
JLG-S64365-0810
RN 55219
JERRY LEIGH

XC (4/5)
100% POLIESTER
HECHO EN GUATEMALA
VER REVERSO PARA EL CUIDADO
ESTILO ST9032
JLG-S64365-0810
UPC-792409 58526

# EXHIBIT 5





COPY

Douglas A. Linde, State Bar No. 217584
The Linde Law Firm
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITC TEXTILE, LTD.<br><br>PLAINTIFF(S)<br><br>v.<br><br>WAL-MART STORES, INC.; JERRY LEIGH OF CALIFORNIA, INC.; and DOES 1 though 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11 01967 RSWL PLAₓ**<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):  <u>All above named Defendants</u>

       A lawsuit has been filed against you.

       Within   <u>21</u>   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney,  <u>The Linde Law Firm</u>           , whose address is <u>9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069</u>            . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR - 8 2011

Dated: _____

Clerk, U.S. District Court

By: _____
        Deputy Clerk

CHRISTOPHER POWERS

(Seal of the Court)

1181

*[Use 60 days if the defendant is the United States or a United States agency. or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

ORIGINAL

Douglas A. Linde, State Bar No. 217584
The Linde Law Firm
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITC TEXTILE, LTD.<br><br>PLAINTIFF(S)<br>v.<br>WAL-MART STORES, INC.; JERRY LEIGH OF CALIFORNIA, INC.; and DOES 1 though 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11 01967** RSWL PLAx<br><br><br>**SUMMONS** |

FAXED

TO:     DEFENDANT(S): <u>All above named Defendants</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>The Linde Law Firm</u>, whose address is <u>9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ MAR - 8 2011 _____

By: _____

**CHRISTOPHER POWERS**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ITC TEXTILE. LTD.

**DEFENDANTS**
WAL-MART STORES, INC.; JERRY LEIGH OF CALIFORNIA, INC.; and DOES 1 though 10, inclusive.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Douglas A. Linde and Erica L. Allen
THE LINDE LAW FIRM
9000 Sunset Blvd., Ste. 1025, Los Angeles, CA 90069, (310) 203-9333

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff alleges Defendants violated 17 U.S.C 101 et seq. when they sold garments bearing Plaintiff's copyright protected designs without Plaintiff's permission.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

## CV11 - 01967

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08) — CIVIL COVER SHEET — Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Jerry Leigh of California, Inc. | Wal-Mart Stores, Inc.- AR |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  3/7/11

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

### CV11- 1967 RSWL (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.